IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD SHAFER and NANCY
WEBB,

    Appellants,

v.

HEARTSPRING, INC., WILLIAM A.
CHATTERTON, Trustee, and
LOUISE KATZ,

    Appellees.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-125-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the decision of the bankruptcy court dismissing appellants Richard Shafer and Nancy Webb's Chapter 13 plan is AFFIRMED.

_____
Peter Oppeneer, Clerk of Court

AUG 2 5 2009
_____
Date